**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24614-ALTMAN**

**SERGIO LOPEZ**,

*Plaintiff*,

*v.*

**SOUTH LAWN SERVICE, INC.**, *et al.*,

*Defendants.*
_________________________________/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **September 9, 2026**. In addition, by that same date, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2026.

_________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record