UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-24614-ALTMAN/HERNANDEZ

SERGIO LOPEZ,

Plaintiff,

v.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ, AND
OSCAR DOMINGUEZ,

______________________/

**DEFENDANTS' UNOPPOSED MOTION**
**FOR SUBSTITUTION OF COUNSEL**

Defendants, South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez, pursuant to S.D. Fla. Local Rule 7.1(a), request the Court permit them to substitute their counsel of record as follows:

1. Defendants appeared in this case on August 4, 2026, through Joseph Cartolano, Esq. of Cartolano & Alvero, P.A., as their counsel. [ECF No. 8.]

2. Defendants would like to be represented by Brian H. Pollock, Esq., of FairLaw Firm, whom they recently retained, going forward.

3. Consequently, Defendants request that the Court enter an Order substituting Brian H. Pollock, Esq., of FairLaw Firm as defense counsel in lieu of Joseph Cartolano, Esq. of Cartolano & Alvero, P.A., who would be relieved of any further responsibilities in this matter.

4. The relief sought in this Motion would not prejudice any party or unduly delay this matter.

5. The undersigned contacted the Plaintiff's counsel, who did not oppose the relief requested herein.

WHEREFORE Defendants, South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez, respectfully request the Court to enter an Order granting their request for substitution of counsel, relieving Joseph Cartolano, Esq. of Cartolano & Alvero, P.A. of all further responsibilities in this case, and granting and such other and further relief as is just and proper based on the good cause shown and lack of opposition.

Dated this 10th day of September 2026.

s/ Joseph Cartolano, Esq.
Joseph Cartolano, Esq. (942987)
jcartolano@candalawoffices.com
Cartolano & Alvero, P.A.
1175 NE 125th Street, Ste. 219
Miami, FL 33161
Tel: (305) 899-6842
*(Putative Prior) Counsel for Defendants*

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
*Counsel for Defendants*