UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-24614-ALTMAN/HERNANDEZ

SERGIO LOPEZ,

Plaintiff,

v.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ, and
OSCAR DOMINGUEZ,

Defendants.

_________________________________/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE, having come before the Court on Defendants' Unopposed Motion for Substitution of Counsel, and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

Joseph Cartolano, Esq. and Cartolano & Alvero, P.A. are withdrawn as counsel of record for Defendants, South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez. Brian H. Pollock, Esq. and FairLaw Firm are substituted as counsel of record for Defendants.

DONE AND ORDERED in Chambers on this _____ day of ____________, 2026.

_________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*