UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-24614-ALTMAN/HERNANDEZ

SERGIO LOPEZ,

Plaintiff,

vs.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ, AND
OSCAR DOMINGUEZ,

Defendants.
________________________________/

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES *NUNC PRO TUNC***
**[ECF No. 19]**

Defendants, South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez ("Defendants"), by and through undersigned counsel, hereby file their Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses *Nunc Pro Tunc*, and as grounds therefor state:

1. On August 18, 2026, Defendants, through their prior counsel, filed their Answer and Affirmative Defenses to Plaintiff's Complaint. [ECF No. 10].

2. On September 4, 2026, the Court entered its Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 15], which provides that the parties shall file all motions to amend pleadings or join parties by November 4, 2026.

3. Thereafter, Defendants retained Brian H. Pollock, Esq. and FairLaw Firm to represent them in this action. On September 10, 2026, Defendants filed an Unopposed Motion for Substitution of Counsel [ECF No. 17], requesting that Brian H. Pollock, Esq. and FairLaw Firm be substituted as counsel for Defendants in place of Joseph Cartolano, Esq. and Cartolano & Alvero, P.A.

4. On September 11, 2026, the Court granted the Motion for Substitution of Counsel, substituted Brian H. Pollock, Esq. and FairLaw Firm as counsel of record for Defendants, and relieved Defendants' prior counsel of further responsibility in this action. [ECF No. 18].

5. After substituting and reviewing the pleadings and claims in this action, undersigned counsel prepared an Amended Answer and Affirmative Defenses on behalf of Defendants.

6. On September 15, 2026, Defendants filed their Amended Answer and Affirmative Defenses. [ECF No. 19].

7. Because more than twenty-one (21) days had elapsed since service of Defendants' original Answer, Defendants were required to obtain Plaintiff's written consent or leave of Court to amend pursuant to Fed. R. Civ. P. 15(a)(2). Defendants therefore seek leave of Court to permit the Amended Answer and Affirmative Defenses already filed at ECF No. 19 to stand as filed.

8. Rule 15(a)(2) provides that the Court "should freely give leave when justice so requires." Defendants filed their amendment well before the Court's November 4, 2026, deadline for motions to amend pleadings, and permitting the amendment will not cause undue delay or prejudice to Plaintiff.

9. Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with Plaintiff's counsel regarding the requested release. Plaintiff's counsel confirmed that Plaintiff does not oppose Defendants' request for leave to file the Amended Answer and Affirmative Defenses *nunc pro tunc*.

10. Accordingly, Defendants respectfully request that the Court grant leave pursuant to Rule 15(a)(2) and deem Defendants' Amended Answer and Affirmative Defenses [ECF No. 19] properly filed as of September 15, 2026.

**WHEREFORE**, Defendants South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez, respectfully request that the Court enter an Order granting this Unopposed Motion, granting Defendants leave to amend pursuant to Fed. R. Civ. P. 15(a)(2), deeming Defendants' Amended Answer and Affirmative Defenses [ECF No. 19] properly filed as of September 15, 2026, and granting such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the movant conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff's counsel confirmed that Plaintiff does not oppose Defendants' Unopposed Motion for Extension of Time *Nunc Pro Tunc* to File Amended Answer and Affirmative Defenses Respectfully submitted September 17, 2026.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146

Tel: 305.230.4884
*Counsel for Defendants*