UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-24614-ALTMAN/HERNANDEZ

SERGIO LOPEZ,

Plaintiff,

v.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ, and
OSCAR DOMINGUEZ,

Defendants.
_________________________________/

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES NUNC PRO TUNC

THIS CAUSE, having come before the Court on Defendants' Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Nunc Pro Tunc, and the Court having reviewed the Motion and being otherwise duly advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

Defendants are granted leave, pursuant to Federal Rule of Civil Procedure 15(a)(2), to file their Amended Answer and Affirmative Defenses. Defendants' Amended Answer and Affirmative Defenses [ECF No. 19] is deemed properly filed as of September 15, 2026.

DONE AND ORDERED in Chambers on this _____ day of ____________, 2026.

_________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies to:
Designated U.S. Magistrate Judge

Counsel of record by CM/ECF