UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:26-CV-24614

SERGIO LOPEZ *on behalf of himself and all others similarly situated under 29 U.S.C. §216(b)*,

Plaintiff,

v.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ and
OSCAR DOMINGUEZ,

Defendants.

_______________________________________/

**NOTICE OF MEDIATION**

YOU ARE HEREBY NOTIFIED, pursuant to the agreement of the parties, that a confidential Mediation Conference subject to the provisions of Florida Statute Chapter 44 shall be held in the case as follows:

| | |
|---|---|
| DATE: | December 2, 2026 |
| TIME: | 10:00 A.M. |
| HRS. RESERVED: | 3 Hours |
| Mediator: | Daniel T. Feld, Esq. |
| Location: | Via Zoom Video Conference |

/s/ *Daniel Feld*

Daniel T. Feld, Esq.
Florida Bar No.: 0037013
Florida Mediator No. 18574CR
Fla. S. Ct. Certified Circuit & County Mediator
Fla. S. Ct. Qualified Arbitrator
Feld Mediation & Arbitration PA
1557 NE 164th Street, Suite F
North Miami Beach, FL 33162
Tel: (305) 239-2015
Email: daniel@feldmediation.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Notice of Mediation was sent via CM/ECF to Suhaill Machado Morales, Esq., SMM Law P.A., 7900 NW 155 Street Suite 203, Miami Lakes, Florida 33016, Email: smorales@smmlawfirm.com, Philip Francis McManus, Esq., SMM Law P.A., 7900 NW155 Street, Suite 203, Miami Lakes, Florida 33016 Email: philip@smmlawfirm.com and Brian Howard Pollock, Esq., FairLaw Firm 135 San Lorenzo Ave, Suite 770, Coral Gables, Florida 33146, Email: brian@fairlawattorney.com on this 28th day of September 2026.

/s/ *Daniel Feld*
Daniel T. Feld, Esq.

**<u>Feld Mediation & Arbitration PA Terms and Conditions</u>**

**Payment:** We will send an invoice to counsel by email shortly after the mediation. Payment is expected and appreciated no later than 10 days after we send the invoice. Payment can be made via our online portal on our website or by mailing a check to Feld Mediation & Arbitration PA, 1557 NE 164th Street, Suite F, North Miami Beach, FL 33162.

**Charges for Mediation:**

- All charges will be divided equally among the participants unless all participants agree to divide the charges differently.
- Hourly Rate: Mediation time will be billed at $250/party/hour for a 2-party mediation and $200/party/hour for a 3-party mediation.
- Review of Materials: Mediation summaries are appreciated and encouraged. There is no charge for the review of any summaries that are 6 pages or less. For any summaries exceeding 6 pages the regular hourly fee will be charged.
- In the event a dispute arises between the parties or over the Mediator fee, requiring the mediator to file Motions/Responses or attend Court hearings in resolving the matter, mediator shall be entitled to recover from the parties at $500/hr.

**Cancellation Policy:**

- Mediations can only be cancelled, modified or rescheduled if all participants agree or the Court so Orders.
- The parties will be charged for 2 hours for all cancellations when our office receives notice of cancellation less than two (2) full business days prior to the date of the scheduled mediation.
- **Avoidance of Cancellation Fee:** If at the time of the cancellation the parties are in agreement to reschedule the mediation for a date and time certain with Feld Mediation & Arbitration PA, the cancellation fee will be waived.

**Voluntary Mediation and Confidentiality:**

By your receipt and acceptance of this Notice, the participants agree and acknowledge that the mediation, whether pre-suit, voluntary, in-suit or court ordered, shall be subject to Florida Statute Chapter 44 including the rules of confidentiality. In the event the parties agree to allow non-parties to participate, such non-party participants shall be bound by the same rules of confidentiality that govern the parties.

Thank you for choosing Feld Mediation & Arbitration PA. Please visit feldmediation.com or call if you have any questions.