UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-24614-ALTMAN/HERNANDEZ

SERGIO LOPEZ,

Plaintiff,

vs.

SOUTH LAWN SERVICE, INC.,
ABELINO MARTINEZ, and
OSCAR DOMINGUEZ,

Defendants.
______________________________/

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS**

Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Defendants South Lawn Service, Inc., Abelino Martinez, and Oscar Dominguez, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 22nd day of October 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Defendants*