**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING STATUS CONFERENCES**

The cases listed below are **SET** for a status conference on **November 2, 2026, at 2:30 p.m.** **Absent good cause, counsel**[1] **for Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128.[2] **Counsel for Miami Division cases are expected to appear *in person*.** Accordingly, we hereby **ORDER** as follows:

1. The Clerk of Court is directed to file this Order in **each** of the below cases.
2. The parties (unless *pro se*) are **not** personally required to appear.
3. Any motion to appear remotely by Zoom must be filed at least **24 hours before the hearing.** This motion, like all motions, must comply with our Local Rules. Untimely or noncompliant motions will be stricken.
4. If the parties settle before our hearing date, they shall promptly file a notice on the docket informing us of the settlement.
5. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**
6. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.
7. The cases will be called according to the following schedule:

[1] When we say "counsel" in this Order, we also mean *pro se* litigants. Each mention of "counsel" in this Order, therefore, applies with equal force to *pro se* litigants.
[2] What matters for purposes of this Order is where the case was *filed*, not where counsel lives (or works).

1. 26-cv-62710 – *Spectrum Laboratories v. Smoke Shop Direct*
2. 26-cv-21321 – *Rodriguez v. Carnival Corporation*
3. 26-cv-24951 – *Dunnell v. Carnival Corporation*
4. 26-cv-23300 – *Solis v. CFS of South Florida, et al.*
5. 26-cv-26712– *Gazonni v. Mejuri*
6. 26-cv-26733 – *De La Torre Pardo v. Park Hill Plaza, et al.*
7. 26-cv-24614 – *Lopez v. South Lawn Service, et al.*
8. 26-cv-25816 – *Kearse v. Royal Caribbean*
9. 26-cv-21586 – *Urbanczyk v. NCL (Bahamas) LTD*
10. 26-cv-24326 – *Slack v. Experian, et al.*
11. 26-cv-27364 – *Castillo v. Latin American Food & Pizza LLC, et al.*
12. 26-cv-26594 – *Johnson v. Clarity Services, Inc.*
13. 26-cv-24886 – *Gazonni v. CVS Pharmacy, Inc.*
14. 26-cv-24875 – *Meneses v. Bombomania, Inc., et al.*
15. 26-cv-20312 – *Wooding v. Envoy Airlines*
16. 25-cv-20568 – *Dailane Investments Limited v. HIG Capital LLC, et al.,*
17. 25-cv-23709 – *11061 Holdings Group v. Wright National Flood Insurance Company*
18. 25-cv-26180 – *Rodriguez Perez v. Bondi et al.*
19. 26-cv-25977 – *Molina v. Semper Laser Holdings LLC*

**DONE AND ORDERED** in the Southern District of Florida on October 26, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record