**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-24614-ALTMAN**

**SERGIO LOPEZ**,

*Plaintiff*,

*v*.

**SOUTH LAWN SERVICE, INC.**, *et al.*,

*Defendants*.
_______________________________________/

**ORDER AFTER STATUS CONFERENCE**

As discussed at the November 2, 2026, status conference, *see* Paperless Minutes Entry [ECF No. 26], we hereby **ORDER and ADJUDGE** that the parties must hold an informal settlement conference and file a *joint* notice on the docket telling us whether they've settled their dispute by **November 9, 2026**.

**DONE AND ORDERED** in the Southern District of Florida on November 4, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record