AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SERGIO LOPEZ, on behalf of himself and all others similarly situated under 29 U.S.C. §216(b)

*Plaintiff(s)*

v.

SOUTH LAWN SERVICE, INC., a Florida Profit Corporation, ADVANTAGE PERSONNEL RESOURCES III LLC, a Florida Limited Liability Company, ABELINO MARTINEZ, an individual, and OSCAR DOMINGEZ, an individual

*Defendant(s)*

Civil Action No. 1:26-cv-24614-RKA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Advantage Personnel Resources III LLC
c/o Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip F. McManus, Esq.
SMM Law P.A.
7900 NW 155 Street, Suite 203
Miami Lakes, FL 33016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

*Signature of Clerk or Deputy Clerk*