**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-24614**

SERGIO LOPEZ, on behalf of himself
and all others similarly situated under 29
U.S.C. §216(b),

Plaintiff,

v.

SOUTH LAWN SERVICE, INC., a Florida
Profit Corporation, ADVANTAGE PERSONNEL
RESOURCES III LLC, a Florida Limited Liability
Company, ABELINO MARTINEZ,
an individual, and OSCAR DOMINGEZ, an
individual,

Defendants.
_______________________________________/

## NOTICE OF FILING PROPOSED SUMMONS

PLEASE TAKE NOTICE that Plaintiff, SERGIO LOPEZ, hereby files the attached Proposed Summons directed to Defendant ADVANTAGE PERSONNEL RESOURCES III LLC for issuance by the Clerk of Court.

Date: November 9, 2026

Respectfully submitted,

*/s/Philip F. McManus*
Philip F. McManus, Esq.
Florida Bar No. 1028234
Suhaill M. Morales, Esq.
Florida Bar No. 84448
SMM Law P.A.
7900 NW 155 Street, Suite 203
Miami Lakes, FL 33016
305-518-7026
smorales@smmlawfirm.com
philip@smmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record.

*/s/Philip F. McManus*
Philip F. McManus