AO □0 (Rev. 06□12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SERGIO LOPEZ, on behalf of himself and all others similarly situated under 29 U.S.C. §216(b)

*Plaintiff(s)*

v.

SOUTH LAWN SERVICE, INC., a Florida Profit Corporation, ADVANTAGE PERSONNEL RESOURCES III LLC, a Florida Limited Liability Company, ABELINO MARTINEZ, an individual, and OSCAR DOMINGEZ, an individual

*Defendant(s)*

Civil Action No. 1:26-cv-24614-RKA

**SUMMONS IN A CIVIL ACTION**

To□*(Defendant's name and address)*

Advantage Personnel Resources III LLC
c/o Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) □ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) □ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff□s attorney, whose name and address are□

Philip F. McManus, Esq.
SMM Law P.A.
7900 NW 155 Street, Suite 203
Miami Lakes, FL 33016

If you fail to respond, □udgment by default will be entered against you for the relief demanded in the complaint. □ou also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

Date□ 11/09/2026

s/ C.Davis

Deputy Clerk
U.S. District Courts