# RETURN OF SERVICE

**State of Florida** **County of** **Southern District Of Florida Court**

Case Number: 1:26-CV-24614-RKA

Plaintiff:
**SERGIO LOPEZ, on behalf of himself and all others similarly situated under 29 U.S.C. §216(b)**

vs.

Defendant:
**SOUTH LAWN SERVICE, INC., a Florida Profit Corporation, ADVANTAGE PERSONNEL RESOURCES III LLC, a Florida Limited Liability Company, ABELINO MARTINEZ, an individual, and OSCAR DOMINGEZ, an individual**

For:
Philip F. McManus

Received by DLE Process Servers on the 9th day of November, 2026 at 4:45 pm to be served on **Advantage Personnel Resources III Llc c/o Registered Agent: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, Kathleen Conway, #273, do hereby affirm that on the **12th day of November, 2026** at **10:15 am, I:**

**LIMITED LIABILITY COMPANY- REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Alina Brown**,**S.O.P. Clerk** as authorized employee of Registered Agent for **Advantage Personnel Resources III Llc c/o Registered Agent: Corporation Service Company,** at the address of: **1201 Hays Street, Tallahassee, FL 32301** and informed said person of the contents therein, in compliance with state statutes F.S. pursuant to F.S. 48.062(3)

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated therein are true. Notary not required pursuant to Florida Statute 92.525 Sec (2).

**Kathleen Conway, #273**
#273

**DLE Process Servers**
**936 SW 1st Avenue, #261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026086126

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i

DELIVERED 11/12/2026 10:15 AM
SERVER KAC
LICENSE #273

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

SERGIO LOPEZ, on behalf of himself and all others similarly situated under 29 U.S.C. §216(b)

*Plaintiff(s)*

v.

SOUTH LAWN SERVICE, INC., a Florida Profit Corporation, ADVANTAGE PERSONNEL RESOURCES III LLC, a Florida Limited Liability Company, ABELINO MARTINEZ, an individual, and OSCAR DOMINGEZ, an individual

*Defendant(s)*

Civil Action No. 1:26-cv-24614-RKA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Advantage Personnel Resources III LLC
c/o Registered Agent: Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Philip F. McManus, Esq.
SMM Law P.A.
7900 NW 155 Street, Suite 203
Miami Lakes, FL 33016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 11/09/2026

Angela E. Noble
Clerk of Court

s/ C.Davis

Deputy Clerk
U.S. District Courts