# Exhibit A

| Work Week | Weekly Pay | Separate Check | Total Weekly Pay | Weekly Hours | Regular Rate | Overtime Rate | Overtime Hours Worked | Overtime Due |
|---|---|---|---|---|---|---|---|---|
| 6/23/2023-6/29/2023 | $ 900.00 | $ 155.00 | $ 1,055.00 | 67.5 | $ 15.63 | $ 23.44 | 27.5 | $ 214.91 |
| 6/30/2023-7/6/2023 | $ 900.00 | $ 180.00 | $ 1,080.00 | 67.5 | $ 16.00 | $ 24.00 | 27.5 | $ 220.00 |
| 7/7/2023-7/13/2023 | $ 900.00 | | $ 900.00 | 67.5 | $ 13.33 | $ 20.00 | 27.5 | $ 183.33 |
| 7/14/2023-7/20/2023 | $ 900.00 | $ 155.00 | $ 1,055.00 | 67.5 | $ 15.63 | $ 23.44 | 27.5 | $ 214.91 |
| 7/21/2023-7/27/2023 | $ 900.00 | $ 180.00 | $ 1,080.00 | 67.5 | $ 16.00 | $ 24.00 | 27.5 | $ 220.00 |
| 7/28/2023-8/3/2023 | $ 900.00 | | $ 900.00 | 67.5 | $ 13.33 | $ 20.00 | 27.5 | $ 183.33 |
| 8/4/2023-8/10/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 8/11/2023-8/17/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 8/18/2023-8/24/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 8/25/2023-8/31/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 14.13 | $ 21.20 | 27.5 | $ 194.33 |
| 9/1/2023-9/7/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 14.13 | $ 21.20 | 27.5 | $ 194.33 |
| 9/8/2023-9/14/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 14.13 | $ 21.20 | 27.5 | $ 194.33 |
| 9/15/2023-9/21/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 9/22/2023-9/28/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 14.13 | $ 21.20 | 27.5 | $ 194.33 |
| 9/29/2023-10/5/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 10/6/2023-10/12/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 10/13/2023-10/19/2023* | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 10/20/2023-10/26/2023 | $ 954.00 | $ 180.00 | $ 1,134.00 | 67.5 | $ 16.80 | $ 25.20 | 27.5 | $ 231.00 |
| 10/27/2023-11/2/2023* | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 11/3/2023-11/9/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 11/10/2023-11/16/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 11/17/2023-11/23/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 11/24/2023-11/30/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 12/1/2023-12/7/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 12/8/2023-12/14/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 12/15/2023-12/21/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 12/22/2023-12/28/2023 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 12/29/2023-1/4/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 1/5/2024-1/11/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 1/12/2024-1/18/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 1/19/2024-1/25/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 1/26/2024-2/1/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 2/2/2024-2/8/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 2/9/2024-2/15/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 2/16/2024-2/22/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 2/23/2024-2/29/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 3/1/2024-3/7/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 3/8/2024-3/14/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 3/15/2024-3/21/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 3/22/2024-3/28/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 3/29/2024-4/4/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 4/5/2024-4/11/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 4/12/2024-4/18/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 4/19/2024-4/25/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 4/26/2024-5/2/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 5/3/2024-5/9/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 5/10/2024-5/16/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 5/17/2024-5/23/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 5/24/2024-5/30/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 5/31/2024-6/6/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 6/7/2024-6/13/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 6/14/2024-6/20/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 6/21/2024-6/27/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 6/28/2024-7/4/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 7/5/2024-7/11/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 7/12/2024-7/18/2024 | $ 954.00 | | $ 954.00 | 67.5 | $ 23.85 | $ 35.78 | 27.5 | $ 983.81 |
| 7/19/2024-7/25/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 7/26/2024-8/1/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 8/2/2024-8/8/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 8/9/2024-8/15/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 8/16/2024-8/22/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 8/23/2024-8/29/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 8/30/2024-9/5/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 9/6/2024-9/12/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 9/13/2024-9/19/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 9/20/2024-9/26/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 9/27/2024-10/3/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 10/4/2024-10/10/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 10/11/2024-10/17/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 10/18/2024-10/24/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |

| Notes | | | |
|---|---|---|---|
| Year | Schedule | Dailly HW | Total weekly HW |
| 2023-2024 | P worked 6 days/week from 0630 - 1745 | 11.25 | 67.5 |
| 2025 | P worked 5 days/week 0630-1630 | 10 | 50 |
| 2026 | P worked 5 days/week 0730-1630 | 9 | 45 |
| * | 10/13/2023-10/19/2023 - First pay listed as an Hourly Rate (not Salary). All Hourly moving forward | | |
| * | 10/27/2023-11/2/2023 - First calculation at time and 1/2, same for all moving forward | | |
| | Missing paystubs - inference based on available pay practices. | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024-10/31/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 11/1/2024-11/7/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 11/8/2024-11/14/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 11/15/2024-11/21/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 11/22/2024-11/28/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 11/29/2024-12/5/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 12/6/2024-12/12/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 12/13/2024-12/19/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 12/20/2024-12/26/2024 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 12/27/2024-1/2/2025 | $ 987.39 | | $ 987.39 | 67.5 | $ 24.68 | $ 37.03 | 27.5 | $ 1,018.25 |
| 1/3/2025-1/9/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 1/10/2025-1/16/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 1/17/2025-1/23/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 1/24/2025-1/30/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 1/31/2025-2/6/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 2/7/2025-2/13/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 2/14/2025-2/20/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 2/21/2025-2/27/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 2/28/2025-3/6/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 3/7/2025-3/13/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 3/14/2025-3/20/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 3/21/2025-3/27/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 3/28/2025-4/3/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 4/4/2025-4/10/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 4/11/2025-4/17/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 4/18/2025-4/24/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 4/25/2025-5/1/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 5/2/2025-5/8/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 5/9/2025-5/15/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 5/16/2025-5/22/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 5/23/2025-5/29/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 5/30/2025-6/5/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 6/6/2025-6/12/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 6/13/2025-6/19/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 6/20/2025-6/26/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 6/27/2025-7/3/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 7/4/2025-7/10/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 7/11/2025-7/17/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 7/18/2025-7/24/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 7/25/2025-7/31/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 8/1/2025-8/7/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 8/8/2025-8/14/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 8/15/2025-8/21/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 8/22/2025-8/28/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 8/29/2025-9/4/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 9/5/2025-9/11/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 9/12/2025-9/18/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 9/19/2025-9/25/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 9/26/2025-10/2/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 10/3/2025-10/9/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 10/10/2025-10/16/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 10/17/2025-10/23/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 10/24/2025-10/30/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 10/31/2025-11/6/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 11/7/2025-11/13/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 11/14/2025-11/20/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 11/21/2025-11/27/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 11/28/2025-12/4/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 12/5/2025-12/11/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 12/12/2025-12/18/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 12/19/2025-12/25/2025 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 12/26/2025-1/1/2026 | $ 987.39 | | $ 987.39 | 50 | $ 24.68 | $ 37.03 | 10 | $ 370.27 |
| 1/2/2026-1/8/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 1/9/2026-1/15/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 1/16/2026-1/22/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 1/23/2026-1/29/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 1/30/2026-2/5/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 2/6/2026-2/12/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 2/13/2026-2/19/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 2/20/2026-2/26/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 2/27/2026-3/5/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 3/6/2026-3/12/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/13/2026-3/19/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 3/20/2026-3/26/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 3/27/2026-4/2/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 4/3/2026-4/9/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 4/10/2026-4/16/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 4/17/2026-4/23/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 4/24/2026-4/30/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 5/1/2026-5/7/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 5/8/2026-5/14/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 5/15/2026-5/21/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 5/22/2026-5/28/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 5/29/2026-6/4/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 6/5/2026-6/11/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 6/12/2026-6/18/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| 6/19/2026-6/25/2026 | $ 987.39 | | $ 987.39 | 45 | $ 24.68 | $ 37.03 | 5 | $ 185.14 |
| | | | | | | | **TOTAL** | **$ 89,567.09** |
| | | | | | | | **LIQUIDATED** | **$ 179,134.18** |